UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

WILLIAM BRIDGES                                    CIVIL ACTION NO. 26-cv-2355

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

JAZIEL ORTEGA ET AL                                MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

William Bridges ("Plaintiff") filed this civil action in state court based on allegations that he was injured when truck driver Jaziel Ortega ran a red light and collided with Plaintiff's vehicle. The original petition alleged that Ortega was working for Haulin' Jack Shipping Service, Inc. An amended petition added that Ortega was working for Haulin' Jack and/or Max Hauling, LLC.

A document was submitted in state court on behalf of Max Hauling, LLC. It was signed by Hector G. Perez, who appears to be a company principal and is not an attorney who is admitted to this court. Mr. Perez represented that he was not involved in the accident, that Mr. Ortega does not work for him, and that Mr. Ortega does work for Haulin' Jack. Mr. Perez stated that Mr. Ortega "was renting my trailer at the time of the accident, but he is responsible for having insurance and following the law." Doc. 1-3.

The submissions by Mr. Perez has been docketed as an answer, but it does not appear that Mr. Perez is an attorney who is admitted to this court, so he cannot represent Max Hauling in federal court. Rowland v. California Men's Colony, 113 S.Ct. 716, 721

(1993).  A court may strike a pleading for this reason after warning and an opportunity to cure the error.  <u>Memon v. Allied Domecq QSR</u>, 385 F.3d 871, 874 (5th Cir. 2004).

**Max Hauling, LLC** is allowed until **August 28, 2026** to enroll counsel to represent it.  If the LLC fails to enroll counsel by the deadline, its answer will be subject to being stricken.  If that happens, Plaintiff may request entry of default and ultimately obtain a default judgment against the LLC.  Accordingly, this is an important matter that the LLC should attend to promptly.  It may wish to contact its liability insurer, which may provide counsel for the defense of this civil action.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 27th day of July, 2026.

**Mark L. Hornsby**
**U.S. Magistrate Judge**